IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

**BRANDON WADDELL,**
    Plaintiff,                                  Civil Action No. 7:13-cv-00431

v.                                                  <u>**ORDER**</u>

**PAUL KEISER,**                              By:    Hon. Michael F. Urbanski
    Defendant.                                      United States District Judge

In accordance with the written Memorandum Opinion entered this day, it is hereby

ORDERED

that this action is **DISMISSED without prejudice** for Plaintiff's failure to prosecute and is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to Plaintiff's last known address.

                                              Entered:  December 12, 2013

                                              */s/ Michael F. Urbanski*

                                              Michael F. Urbanski
                                              United States District Judge