IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| BRANDON WADDELL,<br>    Plaintiff, | Civil Action No. 7:13-cv-00431 |
| v. | **ORDER** |
| PAUL KEISER,<br>    Defendant. | By:   Hon. Michael F. Urbanski<br>       United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for Plaintiff's failure to prosecute and is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to Plaintiff's last known address.

           Entered: December 12, 2013

           /s/ Michael F. Urbanski

           Michael F. Urbanski
           United States District Judge